UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| KENNETRA TOOGOOD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:22-CV-551-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| JEFFERSON CAPITAL SYSTEMS, LLC, | ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On December 19, 2022, Plaintiff Kennetra Toogood's ("Plaintiff") claims against Defendant Jefferson Capital Systems, LLC ("Defendant"), were dismissed without prejudice. [R. 15]. The parties were ordered to tender a stipulation of dismissal within sixty (60) days. *Id.* This matter is now before the Court on the Parties' Joint Stipulation of Dismissal of each of Plaintiff's claims against the Defendant in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). [R. 16]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's claims against the Defendant in this matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

This the 13th day of January, 2023

cc: Counsel of Record

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY